UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19-3872

In re: GIZELLA POZSGAI,
       Petitioner

(E.D. Pa. No. 2-88-cv-06545)

———————

SUR PETITION FOR REHEARING

———————

Present: SMITH, Chief Judge, McKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, and PHIPPS, Circuit Judges

 The petition for rehearing filed by **petitioner** in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

           BY THE COURT,

           s/ Theodore McKee
           Circuit Judge

Dated: November 20, 2020
PDB/cc: All Counsel of Record